**WEST ALABAMA WOMEN'S CEN-TER, on behalf of themselves and their patients, William J. Parker, M.D., on behalf of himself and his patients, Alabama Women's Center, Yashica Robinson White, Plaintiffs-Appellees,**

v.

**Donald E. WILLIAMSON, in his official capacity as State Health Officer, et al., Defendant,**

**Thomas M. Miller, Dr., in his official capacity as State Health Officer, Luther J. Strange, III, in his official capacity as Alabama Attorney General, Lyn Head, in her official capacity as District Attorney for Tuscaloosa County, Robert L. Broussard, in his official capacity as District Attorney for Madison County, Defendants-Appellants.**

---

* Honorable Leslie Joyce Abrams, United States District Judge for the Middle District of Geor-

**No. 16-17296**

United States Court of Appeals, Eleventh Circuit.

10/30/2017

Andrew D. Beck, Alexa Kolbi-Molinas, American Civil Liberties Union of New York State (NYCLU), New York, NY, Randall C. Marshall, American Civil Liberties Union, Montgomery, AL, for Plaintiffs-Appellees.

Andrew Lynn Brasher, James W. Davis, Brett Joseph Talley, Alabama Attorney General's Office, Bethany Bolger, Carol Robin Gerard, Alabama Department of Public Health Office of General Counsel, William Glenn Parker, Jr., Office of the Governor, Montgomery, AL, for Defendants-Appellants.

Before ED CARNES, Chief Judge, DUBINA, Circuit Judge, and ABRAMS,* District Judge.

**PER CURIAM:**

This is an appeal from the grant of a preliminary injunction that was issued on October 27, 2016 and was last amended on November 22, 2016. W. Ala. Women's Ctr. v. Miller, 217 F.Supp.3d 1313 (M.D. Ala. 2016). The appeal was scheduled to be orally argued before this Court at 9:00 a.m. on Friday morning, October 27, 2017. At approximately 12:30 p.m. on Thursday afternoon, October 26, 2017, the district court issued a permanent injunction, accompanied by a 148-page opinion, and it entered final judgment in the case. As a result, this appeal is moot. See Grupo

gia, sitting by designation.

Mexicano de Desarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S. 308, 315, 119 S.Ct. 1961, 1966, 144 L.Ed.2d 319 (1999) ("Generally, an appeal from the grant of a preliminary injunction becomes moot when the trial court enters a permanent injunction, because the former merges into the latter."); Cone Corp. v. Hillsborough Cty., 908 F.2d 908, 912 n.5 (11th Cir. 1990) (collecting cases) ("The County's challenge to the issuance of the preliminary injunction is moot regardless of our disposition of this case on its merits because a permanent injunction has issued.").

**APPEAL DISMISSED AS MOOT.**